# IN THE SUPREME COURT OF TEXAS

## NO. 15-0944

THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS, PETITIONER

v.

C.W.H., RESPONDENT

No. *C0824736* in the *145th District Court*, *Nacog̶*

**FILED**

11/30/2017

Twelfth Court of Appeals
Pam Estes
Clerk

## BILL OF COSTS

### *Petition for Review*

| Type of Fee | Charges | Paid | By |
| --- | --- | --- | --- |
| Submiss/Oral Argument | $75.00 | $75.00 | Paid by Office of Attorney the General |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Office of the Attorney General |
| Miscellaneous Motion | $0.00 | $0.00 | Paid by C.W.H. |
| Petition for Review Filed | $155.00 | $155.00 | Paid by Office of Attorney the General |
| M/E/T to file Petition | $0.00 | $0.00 | Paid by Office of Attorney the General |
| M/E/T to file Petition | $0.00 | $0.00 | Paid by Office of Attorney the General |
| | | | |
| Clerk's Record | $79.00 | Unknown | 1 Volume |
| | | | |
| Reporter's Record | $94.50 | Unknown | 1 Volume |

Balance of costs owing to the Supreme Court of Texas:     **0.00**

---

*Each party shall bear its own costs in this Court.*

---

**I, BLAKE A. HAWTHORNE, CLERK** of the Supreme Court of Texas, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of the Supreme Court of Texas, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

FILE COPY

with the seal thereof annexed, at the City of Austin, this the 30th day of November, 2017.

BLAKE A. HAWTHORNE, Clerk

By Monica Zamarripa, Deputy Clerk